# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS KULT and GREG MEYEROTT, *on their own behalf and on behalf of all others similarly situated*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:21-CV-850 RLW |
| IKO MANUFACTURING INC., IKO INDUSTRIES LTD., IKO MIDWEST, INC., IKO INDUSTRIES, INC., and IKO PRODUCTION, INC, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal, (ECF No. 18),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear their own fees and costs.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this  15th  day of August, 2023.